1  Jon A. Jekel (CA SBN 298646)
2  jekel@fr.com
   FISH & RICHARDSON P.C.
3  633 West Fifth Street, 26th Floor
4  Los Angeles, CA 90071
   Tel: (213) 533-4240 / Fax: (858) 678-5099
5
6  Kristen McCallion (*pro hac vice* pending)
   mccallion@fr.com
7  Vivian Cheng (*pro hac vice* pending)
   cheng@fr.com
8  Kerri J John
9  john@fr.com (*pro hac vice* pending)
   FISH & RICHARDSON P.C.
10 7 Times Square, 20th Floor
11 New York, NY 10036
   Tel: (212) 765-5070 / Fax: (212) 258-2291
12
13 Counsel for Defendants
   BIMBO BAKERIES USA, INC.,
14 and ARNOLD SALES COMPANY, LLC

15                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
16                       WESTERN DIVISION
17

| | |
|---|---|
| 18  OUTER AISLE GOURMET, LLC,<br>19             Plaintiff,<br>20      v.<br>21  BIMBO BAKERIES USA, INC.,<br>    ARNOLD SALES COMPANY, LLC<br>22  AND DOES 1–10,<br>23             Defendants. | Case No. 2:21-CV-02599-FLA-SK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST CLAIM FOR RELIEF UNDER FED. R. CIV. P. 12(B)(6)**<br><br>Date:      July 23, 2021<br>Time:      1:30 p.m.<br>Courtroom: 6B<br>Judge:     Hon. Fernando L. Aenlle-Rocha |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 23, 2021, at 1:30 p.m., or as soon thereafter as this matter can be heard before the Honorable Fernando L. Aenlle-Rocha of the United States District Court for the Central District of California, at First Street Courthouse, 350 West First Street, Courtroom 6B, Los Angeles, CA 90012, Defendants Bimbo Bakeries USA, Inc. and Arnold Sales Company, LLC (together, "Defendants"), will move to dismiss Plaintiff Outer Aisle Gourmet, LLC's ("Plaintiff") First Claim for Relief for Unfair Competition (15 U.S.C. § 1125(a)) in Plaintiff's First Amended Complaint (Dkt. 14, the "FAC"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and Paragraph 7(a) of the Initial Standing Order (Dkt. 11), which occurred via teleconferences on April 13, 2021 and June 14, 2021, and via emails exchanged between April 12, 2021, and June 14, 2021. Defendants' counsel first informed Plaintiff's counsel of Defendants' intent to file a motion to dismiss Plaintiff's First Claim for Relief in the Complaint (Dkt. 1) under Rule 12(b)(6) via email on April 12. After counsel for the parties participated in a teleconference on April 13, Plaintiff's counsel sent Defendants' counsel a draft amended complaint with proposed revisions to the First Claim for Relief. On April 15, Defendants' counsel informed Plaintiff's counsel via email that Defendants still intended to move to dismiss the First Claim for Relief if Plaintiff filed its proposed amended complaint. Plaintiff filed the FAC on April 19.

Having complied with L.R. 7-3 and Paragraph 7(a) of the Initial Standing Order, Defendants now bring this motion based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached, the Declaration of Vivian Cheng in support of this motion, the exhibits attached thereto, the pleadings, records, and files in this case, and any further pleadings that may be filed as appropriate.

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | | |
| 3 | Dated: June 18, 2021 | FISH & RICHARDSON P.C. |
| 4 | | |
| 5 | | By: */s/ Jon A. Jekel* <br>     Jon A. Jekel |
| 6 | | Attorneys for Defendants |
| 7 | | BIMBO BAKERIES USA, INC., and ARNOLD SALES COMPANY, LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28