Jon A. Jekel (CA SBN 298646)
jekel@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Kristen McCallion (*pro hac vice* pending)
mccallion@fr.com
Vivian Cheng (*pro hac vice* pending)
cheng@fr.com
Kerri J John
john@fr.com (*pro hac vice* pending)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070 / Fax: (212) 258-2291

Counsel for Defendants
BIMBO BAKERIES USA, INC.,
and ARNOLD SALES COMPANY, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OUTER AISLE GOURMET, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BIMBO BAKERIES USA, INC., ARNOLD SALES COMPANY, LLC AND DOES 1–10,<br><br>Defendants. | Case No. 2:21-CV-02599-FLA-SK<br><br>**DECLARATION OF VIVIAN CHENG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST CLAIM FOR RELIEF UNDER FED. R. CIV. P. 12(B)(6)**<br><br>Date: July 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha |

I, Vivian Cheng, hereby declare:

1.      I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendants Bimbo Bakeries USA, Inc. and Arnold Sales Company, LLC (together, "Defendants") in the above-captioned action.  I make this declaration in support of Defendants' Motion to Dismiss Plaintiff's First Claim for Relief.  I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a screenshot of the Amazon Report Infringement Form submitted on behalf of Defendants on March 14, 2021, and the following screen confirming submission of the same.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a screenshot of the webpages at https://smartlabel.labelinsight.com/product/6560217/ingredients and https://smartlabel.labelinsight.com/product/6573882/ingredients taken on June 18, 2021, which are accessible via links on the webpages located at https://arnoldbread.com/breads/sandwich-thins%C2%AE-rolls/veggie-herb-made-cauliflower and https://www.oroweat.com/breads/sandwich-thins%C2%AE-rolls/veggie-herb-made-cauliflower.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June, 2021.

                                        */s/ Vivian Cheng*
                                        Vivian Cheng

<u>ATTESTATION</u>

Pursuant to Civil Local Rule 5.4.3.4(a)(2)(i), I attest that the other signatory listed herein, on whose behalf this declaration is filed, concurs in, and has authorized, the filing of the document.

Dated:  June 18, 2021						FISH & RICHARDSON P.C.

							*/s/ Jon A. Jekel*
							    Jon A. Jekel