# EXHIBIT A

amazon

English

Help | Your Account

## Report Infringement



If you are a rights owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, click here.



**NEW!** If you want to retract a previously submitted complaint, you can now do so using the Retraction Form.

### Sign in Required

Not Vivian? Sign out

### About Amazon's Report Infringement Form

Amazon's Report Infringement form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

### We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

Please review the Amazon Intellectual Property Policy to learn more about different infringement types.

### Allegation of Infringement

**Are you the Rights Owner or an Agent?**
○ Rights Owner  ● Agent

**The primary complaint pertains to**
[trademark concerns - unauthorized use of a word, phrase, sym… ▾]

**The specific concern is**
[a product or its packaging has my trademark on it ▾]

**Name of Brand**
[SANDWICH THINS]

**Is the Trademark registered?**

◉ Yes   ○ No

Please provide your Registered Trademark #. Amazon accepts one Registered Trademark # per submission. (Note: Provide the Registered Trademark # using digits only. Example - 1234567)

`3637950`

Have you bought the item and confirmed that the product or its packaging has your trademark on it?

○ Yes   ◉ No

**Additional Information**

> I, Vivian Cheng, am an attorney at Fish & Richardson P.C. I submit this report as an Authorized Agent of Rights Owner Arnold Sales Company, LLC ("Arnold") and its parent company Bimbo Bakeries USA, Inc. ("BBUSA"). I am available by phone at 212-641-2293 Monday to Friday, 9AM-8PM ET.
> BBUSA and its affiliates have used SANDWICH THINS continuously as a trademark since at least as early as 2008. Arnold owns incontestable US Reg. No. 3637950 for SANDWICH THINS with bread. Outer Aisle Gourmet is using the identical SANDWICH THINS mark with substantially the same goods. Unless the reported ASINs are removed, consumers are likely to be confused by this unauthorized use of SANDWICH THINS. Information concerning the Rights Owner is below.
> Business Name: Arnold Sales Company, LLC
> Contact Name: Claudia Coscia
> Job Title: Deputy General Counsel
> Phone No.: 817-713-4339
> Address: 255 Business Center Dr., Horsham, PA 19044
> URL: https://arnoldbread.com/sandwich-thins-rolls
> Business Tax ID: 11-3519169

3

The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.

---

**ASIN/ISBN-10  -OR-  Product URL**

[                                                                  ] [GO!]

| ASIN/ISBN-10 | | Title | Scope |
|---|---|---|---|
| Remove | B07SZ37JB2 | Outer Aisle Gourmet Cauliflower Sandwich Thins \| Keto, Gluten Free, Low Carb Cauliflower Bread \| Original Sandwicher 4 pack \| 24 Thins | ASIN/ISBN-10 |
| Remove | B07B4P6MRS | Outer Aisle Gourmet Cauliflower Sandwich Thins \| Keto, Gluten Free, Low Carb Cauliflower Bread \| Original \| 4 pack \| 24 Sandwich Thins | ASIN/ISBN-10 |
| Remove | B07T2539PW | Outer Aisle Cauliflower Sandwich Thins \| Low Carb, Paleo Friendly, Keto \| Original Sandwicher 12 pack (12pk Original Thins) - 72 Thins | ASIN/ISBN-10 |
| Remove | B07PP91DKB | Outer Aisle Gourmet Cauliflower Sandwich Thins \| Keto, Gluten Free, Low Carb & Paleo \| Italian \| 24 Sandwich Thins | ASIN/ISBN-10 |
| Remove | B07T24T6HL | Outer Aisle Cauliflower Sampler Pack \| Keto, Low Carb, Gluten Free, Paleo Friendly \| Sampler Pack of 4 \| 2pk Original Crusts, 2pk Original Thins | ASIN/ISBN-10 |
| Remove | B07PPD5RTX | Outer Aisle Gourmet Cauliflower Sandwich Thins \| Keto, Gluten Free, | ASIN/ISBN-10 |

| | | Low Carb & Paleo \| Jalapeno \| 24 Sandwich Thins | |
|---|---|---|---|
| Remove | B07T25YRX2 | Outer Aisle Gourmet Cauliflower Sampler \| Keto, Gluten Free, Low Carb Cauliflower Bread & Pizza Crusts \| 4 pack Variety \| 1pk Jalapeño Crusts, 1pk Italian Crust, 1pk Jalapeño Thins & 1pk Original Thins | ASIN/ISBN-10 |

## Your Contact Details

This is the contact **Amazon** will use.

**Are you a seller on Amazon?**
○ Yes   ● No

**First Name**
Vivian

**Last Name**
Cheng

**Company(Optional)**
Fish & Richardson P.C.

**Address Line 1**
7 Times Square

**Address Line 2(Optional)**
Floor 20

**City**
New York

**State(Optional)**
NY

**ZIP Code**
10036

**Country/Region**
United States

**Phone Number**
2126412293

**E-mail Address**
vc222@cornell.edu

## Secondary Contact Details

The contact details which we will provide to **Third Party Sellers** (if relevant) for queries regarding this notification.

☐ Use the contact details provided above

**Name**
Vivian Cheng

**E-mail Address**
cheng@fr.com

**Statements**

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

"I understand that, if accepted, the information included in this report may be shared by Amazon with all the reported sellers, with the exception of any order ID number(s)."

☑ I have read and accept the statements above.

Submit

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates



English  Help | Your Account

Report Infringement

ℹ️ If you are a rights owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, click here.

ℹ️ **NEW!** If you want to retract a previously submitted complaint, you can now do so using the Retraction Form.

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

**NEW!** If you want to retract this complaint, you can do so using the Retraction Form. You will need the Complaint ID to submit the retraction.

[Submit additional allegations]

### Submitted Allegation of Infringement

- B07SZ37JB2: Outer Aisle Gourmet Cauliflower Sandwich Thins | Keto, Gluten Free, Low Carb Cauliflower Bread | Original Sandwicher 4 pack | 24 Thins
- B07B4P6MRS: Outer Aisle Gourmet Cauliflower Sandwich Thins | Keto, Gluten Free, Low Carb Cauliflower Bread | Original | 4 pack | 24 Sandwich Thins
- B07T2539PW: Outer Aisle Cauliflower Sandwich Thins | Low Carb, Paleo Friendly, Keto | Original Sandwicher 12 pack (12pk Original Thins) - 72 Thins
- B07PP91DKB: Outer Aisle Gourmet Cauliflower Sandwich Thins | Keto, Gluten Free, Low Carb & Paleo | Italian | 24 Sandwich Thins
- B07T24T6HL: Outer Aisle Cauliflower Sampler Pack | Keto, Low Carb, Gluten Free, Paleo Friendly | Sampler Pack of 4 | 2pk Original Crusts, 2pk Original Thins
- B07PPD5RTX: Outer Aisle Gourmet Cauliflower Sandwich Thins | Keto, Gluten Free, Low Carb & Paleo | Jalapeno | 24 Sandwich Thins
- B07T25YRX2: Outer Aisle Gourmet Cauliflower Sampler | Keto, Gluten Free, Low Carb Cauliflower Bread & Pizza Crusts | 4 pack Variety | 1pk Jalapeño Crusts, 1pk Italian Crust, 1pk Jalapeño Thins & 1pk Original Thins

### Contact Details

**Primary Contact Details**(Used by Amazon)
Vivian Cheng
Fish & Richardson P.C.
7 Times Square
Floor 20
New York NY 10036
US
2126412293
vc222@cornell.edu

**Secondary Contact Details**(Used by Third Party Sellers)
Vivian Cheng
cheng@fr.com

Workflow ID : aa77ab35-cd9e-4b2f-887a-16d6f0c99d20

Run ID : 22/249+O7/AAp+TTBfDOaKQnqGtYc8pixlXOnYmVFa7qY=

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates