# EXHIBIT B



Arnold

# Veggie Herb Sandwich Thins

NET WT 12 OZ (340g) ( )





073410957172

| Nutrition | Ingredients | Allergens | Features & Benefits | Company, Brand, & Sustainability |
|---|---|---|---|---|

## Whole Wheat Flour ›

## Water ›

## Enriched Wheat Flour ›

### Flour ›

### Malted Barley Flour ›

### Reduced Iron ›

### Niacin ›

### Thiamin Mononitrate (Vitamin B1) ›

### Riboflavin (Vitamin B2) ›

### Folic Acid ›

## Yeast ›

## Cauliflower ›

## Bulgur Wheat ›

## Wheat Gluten ›

  

Sugar ❯

Sea Salt ❯

Olive Oil ❯

Cellulose Fiber ❯

Preservatives ❯

   Calcium Propionate ❯

   Sorbic Acid ❯

Grain Vinegar ❯

Spices ❯

Natural Flavor ❯

Monoglycerides ❯

Leavening ❯

   Sodium Acid Pyrophosphate ❯

   Baking Soda ❯

   Monocalcium Phosphate ❯

Datem ❯

Citric Acid ❯

Dehydrated Garlic ❯

Cellulose Gum ❯

Xanthan Gum ❯

# Soy Lecithin

If you have reached this SmartLabel page without scanning your product QR code, please scan the QR code on your product package for more accurate information about the exact product you are purchasing. BIMBO BAKERIES USA, INC. HORSHAM, PA 19044 www.arnoldbread.com © All rights reserved. ARNOLD is a registered trademark of Arnold Sales Company, LLC used with permission. Our bakery products retain their best quality if stored at room temperature. For best results, please use by date on package. We are committed to providing you with quality products and welcome your questions and comments. Call the Consumer Relations Department at:l 1-800-984-0989. When writing, please include the Proof-of-Purchase (Bar Code) and stamped date code.

Information updated on 5/28/2021 by Arnold

Manufactured By Bimbo Bakeries USA, Inc.

Distributed By Bimbo Bakeries USA, Inc. Horsham, PA 19044

Privacy Policy    Feedback for SmartLabel

  



Oroweat

# Veggie Herb Sandwich Thins, Pre-Sliced Rolls

NET WT 12 OZ (340g)





073410957219

| Nutrition | Ingredients | Allergens | Features & Benefits | Company, Brand, & Sustainability |
|---|---|---|---|---|

Whole Wheat Flour ›

Water ›

Enriched Wheat Flour ›

   Flour ›

   Malted Barley Flour ›

   Reduced Iron ›

   Niacin ›

   Thiamin Mononitrate (Vitamin B1) ›

   Riboflavin (Vitamin B2) ›

   Folic Acid ›

Yeast ›

Cauliflower ›

Bulgur Wheat ›

Wheat Gluten ›

  

Sugar  ›

Sea Salt  ›

Olive Oil  ›

Cellulose Fiber  ›

Preservatives  ›

    Calcium Propionate  ›

    Sorbic Acid  ›

Grain Vinegar  ›

Spices  ›

Natural Flavor  ›

Monoglycerides  ›

Leavening  ›

    Sodium Acid Pyrophosphate  ›

    Baking Soda  ›

    Monocalcium Phosphate  ›

Datem  ›

Citric Acid  ›

Dehydrated Garlic  ›

Cellulose Gum  ›

Xanthan Gum  ›

# Soy Lecithin



If you have reached this SmartLabel page without scanning your product QR code, please scan the QR code on your product package for more accurate information about the exact product you are purchasing. BIMBO BAKERIES USA, INC. HORSHAM, PA 19044  www.oroweat.com  © All rights reserved.  Our bakery products retain their best quality if stored at room temperature. For best results, please use by date on package. We are committed to providing you with quality products and welcome your questions and comments. Call the Consumer Relations Department at 1-800-984-0989. When writing, please include the Proof-of-Purchase (Bar Code) and stamped date code.

Information updated on 5/28/2021 by Oroweat

Manufactured By Bimbo Bakeries USA, Inc.

Distributed By Bimbo Bakeries USA, Inc. Horsham, PA 19044

Privacy Policy    Feedback for SmartLabel



