UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OUTER AISLE GOURMET, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BIMBO BAKERIES USA, INC., ARNOLD SALES COMPANY, LLC AND DOES 1–10,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-02599-FLA-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST CLAIM FOR RELIEF UNDER FED. R. CIV. P. 12(B)(6)**<br><br>Date:　　　　July 23, 2021<br>Time:　　　　1:30 p.m.<br>Courtroom:　6B<br>Judge:　　　 Hon. Fernando L. Aenlle-Rocha |

　　　Before the Court is Defendants Bimbo Bakeries USA, Inc.'s and Arnold Sales Company, LLC's Motion to Dismiss Plaintiff's First Claim for Relief Under Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). Having considered the Motion, all related arguments and filings in support of and in opposition to the Motion, and the pleadings in this action, the Court hereby finds that the Motion should be and therefore is GRANTED. Accordingly, for good cause, it is hereby ORDERED that Plaintiffs' First Claim for Relief for Unfair Competition under 15 U.S.C. § 1125(a) is DISMISSED in its entirety, with prejudice.

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE